# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DUFRESNE SPENCER GROUP, LLC
d/b/a Ashley Furniture Homestore                                      PLAINTIFF

v.                              No. 3:19-cv-85-DPM

STONE PARTNERS, LLC                                                  DEFENDANTS

### ORDER

The Court vacates the Initial Scheduling Order, № 9. I recuse. Robert J. Gibson is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 May 2019