IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THE DUFRESNE SPENCER GROUP, LLC,** **PLAINTIFF**
**d/b/a ASHLEY FURNITURE HOMESTORE**

**v.**   Case No. **3:19-cv-00085 BSM**

**STONE PARTNERS, LLC** **DEFENDANT**

## ORDER

The parties' joint request for an extended status report deadline, *see* Doc. No. 25 ¶ 4, is granted. The parties have until August 15, 2020 to submit an updated status report.

IT IS SO ORDERED this 18th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE