**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**THE DUFRESNE SPENCER GROUP, LLC,**                                        **PLAINTIFF**
**d/b/a ASHLEY FURNITURE HOMESTORE**

**v.**                                        **Case No.  3:19-cv-00085 BSM**

**STONE PARTNERS, LLC**                                                      **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc No. 28] and Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party

bearing its own costs and attorneys' fees.

IT IS SO ORDERED this 21st day of August, 2020.


_____
UNITED STATES DISTRICT JUDGE