# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**THE DUFRESNE SPENCER GROUP, LLC,**                                             **PLAINTIFF**
**d/b/a ASHLEY FURNITURE HOMESTORE**

v.                       Case No.  3:19-cv-00085 BSM

**STONE PARTNERS, LLC**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE